## (December 17, 1952.)

In the Matter of the Application of GRANT WALTER KELLEHER for Admission to Practice as an Attorney. (From the States of Montana and Massachusetts and the District of Columbia.) — Application granted. Present — Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ.

## (December 22, 1952.)

SAMUEL COHEN et al., Respondents, v. ALFRED L. KASKEL et al., Appellants. —Motion referred to the court that rendered the decision. Present — Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Carswell, Johnston, Wenzel and MacCrate, JJ. [See 280 App. Div. 993.]

GENERAL STEEL PRODUCTS CORP., Respondent, v. METAVAC, INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ.

WILLIAM GILLIS, Respondent, v. PHILIP KIPNIS et al., Appellants.— Motion for leave to appeal to the Appellate Division denied, with $10 costs. Present — Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ.

GLEN OAKS SHOPPING CENTER, INC., Appellant, v. LOUIS NATHANSON et al., Respondents.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ.

MARILYN GOLDMAN, Appellant, v. MONTAGUE L. GOLDMAN et al., Respondents. — Motions for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ. [See 280 App. Div. 993.]

CITY OF NEW ROCHELLE, Respondent, v. MORGAN H. SEACORD, Appellant. CITY OF NEW ROCHELLE, Respondent, v. MORGAN H. SEACORD, Appellant.— Motions for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ. [See 280 App. Div. 810.]